UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>    Plaintiff,<br><br>v.<br><br>PAUL REVERE TRANSPORTATION, LLC<br>and ALTERNATIVE CONCEPTS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   1:20-CV-10035-MBB<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of Wesley J. Marshall, Jr. and Michael H. Hayden as counsel to the Defendants in the above-captioned matter.

        Respectfully submitted,

        Defendants,
        PAUL REVERE TRANSPORTATION, LLC and
        ALTERNATIVE CONCEPTS, INC.,
        By its attorneys,

        /s/ *Wesley J. Marshall, Jr.*
        Wesley J. Marshall, Jr., BBO #321580
        *wmarshall@morrisonmahoney.com*
        Michael H. Hayden, BBO #660746
        mhayden@morrisonmahoney.com
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA  02210
        Tel: (617) 439-7556
        Fax: (617) 342-4913

-2-

## **CERTIFICATE OF SERVICE**

      I, Michael H. Hayden, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on June 8, 2020.

                                                /s/ *Michael H. Hayden*
                                                Michael H. Hayden