AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-10035-MBB |
| Paul Revere Transportation, LLC et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.                                                                .

Date:   08/26/2020

/s/ Chelsea E. Kendall
*Attorney's signature*

Chelsea E. Kendall (#705513)
*Printed name and bar number*

62 Summer Street
Boston, MA
02110
*Address*

ckendall@clf.org
*E-mail address*

(617) 850-1792
*Telephone number*

*FAX number*