UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| Conservation Law Foundation, Inc., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>Paul Revere Transportation, LLC et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:20-CV-10035-MBB |

NOTICE OF WITHDRAWAL AS PLAINTIFF'S COUNSEL
BY ALYSSA RAYMAN-READ

I respectfully notice my withdrawal as counsel for Plaintiff Conservation Law Foundation, Inc. ("CLF") in the above-captioned matter for good cause. I am leaving CLF's employ as of October 30, 2020. Pursuant to LR 83.5.2(c), notice of withdrawal is appropriate because Caitlin S. Peale Sloan and Chelsea E. Kendall of Conservation Law Foundation, Inc. will continue to represent CLF in this matter.

Date: October 23, 2020                Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorney:

*/s/ Alyssa Rayman-Read*
Alyssa Rayman-Read, Esq.
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-850-1704
arayman-read@clf.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2020, the foregoing Notice of Withdrawal was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                              */s/ Alyssa Rayman-Read*
                                              Alyssa Rayman-Read, Esq.
                                              Conservation Law Foundation
                                              62 Summer Street
                                              Boston, MA 02110
                                              617-850-1704
                                              arayman-read@clf.org